| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Office of Meaghan Tuohey-Kay<br>532 Lafayette Ave.<br>Hawthorne, NJ 07506<br>973-423-5548 | |
| In Re:<br>SALIM, Fadi | Case No.: 13-32109<br>Judge: RG<br>Chapter: 11 |

**FILED**
James J. Waldron, Clerk
NOV 20 2013
U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
### RETENTION OF  Attorney for DIP

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

11-20-13   USBJ   [signature]

In re: __Fadi Salim_____

Case No.: _____

Applicant: __Fadi Salim_____

(check all that apply) ☐ Trustee: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☒ Debtor: ☒ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: __Meaghan Tuohey-Kay_____

Address of Professional: __Law Office of Meaghan Tuohey-Kay__

__532 Lafayette Ave.__

__Hawthorne, NJ 07506__

☒ Attorney for (check all that apply):
  ☐ Trustee  ☒ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06.jmd*